1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DAMIEN LASHON HALL,                          No.  2:23-cv-00741-TLN-DB

12                    Plaintiff,

13          v.                                     **ORDER**

14   CALIFORNIA MEDICAL FACILITY, et
     al.,
15
                      Defendants.
16

17

18          Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief

19   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

20   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21          On December 13, 2023, the magistrate judge filed findings and recommendations herein

22   which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the

23   findings and recommendations were to be filed within fourteen days.  (ECF No. 7.)  Plaintiff filed

24   objections to the findings and recommendations.  (ECF No. 8.)

25          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

26   Court conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the

27   Court finds the findings and recommendations to be supported by the record and by proper

28   analysis.

                                                    1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed on December 13, 2023, (ECF No. 7) are ADOPTED IN FULL;

2. This action is DISMISSED with prejudice;

3. Plaintiff's Motion to Proceed In Forma Pauperis (ECF No. 2) is denied as moot; and

4. The Clerk of Court is directed to close this case.

Date: March 27, 2024

Troy L. Nunley
United States District Judge